JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 573 -- In re Phillips Petroleum Company Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/11/08 | 1 | MOTION, BRIEF, SCHEDULE, AFFIDAVITS, EXHIBITS 1 through 8, CERTIFICATE OF SERVICE -- Phillips Petroleum Company -- SUGGESTED TRANSFEREE DISTRICT: D. DELAWARE (cds) |
| 83/11/18 | 2 | REQUEST FOR EXTENSION OF TIME -- El Paso Products Co. -- Granted To El Paso Products Co. ONLY to and including December 5, 1983 (cds) |
| 83/11/18 | 3 | CONSENT TO REQUEST FOR EXTENSION OF TIME -- Phillips Petroleum Co. -- NOTIFIED PARTY OF EXTENSION DATE, REPLY IS DUE 5 DAYS LATER (cds) |
| 83/11/18 | | APPEARANCES: KENNETH E. MADSEN, ESQ. for Exxon Corp., Hercules Inc., U.S. Steel Corp. and Shell Oil Co.; HARRY J. ROPER, ESQ. for Phillips Petroleum Co. (cds) |
| 83/11/21 | | APPEARANCE: THOMAS F. REDDY, JR., ESQ. for El Paso Products Co. (cds) |
| 83/11/25 | 4 | RESPONSE, EXHIBITS 1 & 2 -- Hercules, Inc., United States Steel Corp., Shell Oil Co., Northern Petrochemical Co. and Exxon Corp. -- w/cert. of service (cds) |
| 83/12/01 | 5 | REQUEST FOR EXTENSION OF TIME -- El Paso Products Co. -- GRANTED to & including December 9, 1983 -- to El Paso Products Co. ONLY -- Notified counsel. (emh) |
| 83/12/09 | 6 | AFFIDAVIT (of Hugh J. Thibodeaux-Plant Manager for El Paso Products Co.) (emh) |
| 83/12/13 | 7 | REQUEST FOR EXTENSION OF TIME -- Phillips Petroleum Co. -- GRANTED to & including December 23, 1983 to PHILLIPS PETROLEUM CO. ONLY. (emh) |
| 83/12/13 | 8 | RESPONSE/MEMORANDUM, Affidavit of Thomas Reddy -- El Paso Products Co. -- w/cert. of svc. (emh) |
| 83/12/19 | | HEARING ORDER -- Setting Motion of Phillips Petroleum Co. for Panel hearing on January 24, 1984, in Atlanta, Georgia. (ds) |
| 83/12/23 | 9 | REPLY/BRIEF -- Phillips Petroleum Co. -- w/Exhibits and cert. of svc. (emh) |
| 84/01/26 | | HEARING APPEARANCES: PHILLIPS PETROLEUM CO. by Harry J. Roper, Esq.; THOMAS F. REDDY, JR., ESQ. for El Paso Products, Inc.; KENNETH E. MADSEN, ESQ. for U.S. Steel Corp.; Hercules, Inc.; Shell Oil Corp.; Northern Petrochemical Co.; Exxon Corp. (cds) |
| 84/01/30 | 10 | LETTER -- supplementing Oral Argument w/svc. -- filed by pltf El Paso Products Co. (ds) |

## ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **573** --

Pleading Description

| Date | No. | Description |
|---|---|---|
| 84/02/10 | | CONSENT OF TRANSFEREE COURT -- Consenting to the assignment of litigation to the Honorable Murray M. Schwartz, D. Delaware, for pretrial proceedings pursuant to 28 U.S.C. §1407. (ds) |
| 84/02/10 | | TRANSFER ORDER -- transferring A-1 to the D. Delaware for pretrial purposes with the actions pending in that district. Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 84/05/15 | 11 | MOTION FOR RECONSIDERATION -- El Paso Products Co. -- w/Brief, Exhibits A - L and cert. of service (cds) |
| 84/05/30 | 12 | REQUEST FOR EXTENSION OF TIME -- Phillips Petroleum Co. -- GRANTED TO AND INCLUDING JUNE 15, 1984 (cds) |
| 84/06/01 | | REVISED PAGE 6 -- El Paso Products Co. -- w/service by letter (attached to pldg. no. 11) (cds) |
| 84/06/15 | 13 | RESPONSE/BRIEF -- Phillips Petroleum Co. -- w/exhibits and cert. of svc. (emh) |
| 84/07/26 | 14 | LETTER (supplementing pldg. 11) -- El Paso Products Co. -- w/svc. (emh) |
| 84/08/09 | | ORDER DENYING MOTION FOR RECONSIDERATION -- of A-1 El Paso Products Co. v. Phillips Petroleum Co., D. Delaware, 84-79MMS (S.D.Texas, H-83-6265) -- NOTIFIED involved clerks and judges and PASL (emh) |
| 85/08/21 | 15 | MOTION/BRIEF TO REMAND -- filed by plaintiff El Paso -- A-1 El Paso Products Company v. Phillips Petroleum Company, D. Delaware, C.A. No. 85-79 (S.D. Texas, C.A. No. H-83-6365) -- Notified involved counsel. (ds) |

JPML FORM 1A
Page 3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 573 -- In re Phillips Petroleum Company Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/09/03 | 16 | REQUEST FOR INCLUSION OF MOTION TO REMAND -- 9/19/85 hearing -- Pltf. El Paso -- w/cert. of svc. (rh) |
| 85/09/05 | 17 | RESPONSE/BRIEF -- Phillips Petroleum Co. w/Exhibits 1 thru 16 and cert. of svc. (ds) |
| 85/09/10 | 18 | PETITION TO INCLUDE EL PASO MOTION TO REMAND ON THE HEARING CALENDAR FOR 9/19/85 -- El Paso Products Co. w/cert. of svc. (ds) |
| 85/09/13 | 19 | REPLY (to pldg. #17) -- El Paso w/cert. of svc. (ds) |
| 85/09/13 | 20 | RESPONSE (to pldg. #18) -- Phillips Petroleum Co. w/cert. of svc. (ds) |
| 85/09/20 | 21 | NOTICE OF DECISION BY TRANSFEREE COURT RENDERING DECISION BY THE PANEL ON MOTION FOR REMAND MOOT -- Phillips Petroleum Co. w/copies of orders and cert. of svc. (ds) |
| 85/09/25 | 22 | SUPPLEMENTAL RESPONSE -- El Paso Products Co. w/cert. of svc. (ds) |
| 85/10/17 | | ORDER DENYING MOTION FOR REMAND -- A-1 El Paso Products Company v. Phillips Petroleum Company, D. Delaware, C.A. No. 84-79-MMS (S.D. Texas, C.A. No. H-83-6265) -- Notified involved counsel, judge and clerk. (paa) |
| 85/11/07 | 23 | NOTICE OF EL PASO'S PETITION FOR A WRIT OF MANDAMUS TO REVIEW THE DISTRICT COURT'S TRANSFER ORDER -- El Paso Products Co. -- w/cert. of svc. (rh) |
| 85/11/27 | 24 | DISTRICT OF DELAWARE ORDER -- reassigning litigation to Judge Longobardi (paa) |
| 85/11/27 | | ORDER REASSIGNING LITGATION -- pursuant to 28 U.S.C. §1407 to Judge Joseph J. Longobardi. Notified counsel, transferee clerk and transferee judge. (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 573 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PHILLIPS PETROLEUM COMPANY PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates Jan. 26, 1984 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Feb. 10, 1984 | TO | Unpublished | D. Delaware 3/1 | ~~Murray M. Schwartz~~ Joseph J. Longobardi | |
| | Nov. 27, 1986 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 3/19/59

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 573 -- IN RE PHILLIPS PETROLEUM COMPANY PATENT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | El Paso Products Company v. Phillips Petroleum Company | S.D.Tex. Cire | H-83-6265 | 2/10/84 | 84-somms *consolidated with A-2* | | *send closed* *not separate* |
| A-2 | Phillips Petroleum Company v. United States Steel Corp. | D.Del. Schwartz | 83-143 | | | 3/89 | |
| A-3 | Phillips Petroleum Company v. Hercules, Inc. | D.Del. Schwartz | 83-148 | | | 3/89 | |
| A-4 | Shell Oil Company v. Phillips Petroleum Company | D.Del. Schwartz | 83-547 | | | 3/89 | |
| A-5 | Phillips Petroleum Company v. Exxon Corporation | D.N.J. Bissell | 83-941 | *not docketed* | | | *Not matter* |

*July 1984 - 1 TR / 5 XYZ / 4 Pdg.*

| XYZ-6 | Northern Petrochemical Co. v. Phillips Petroleum Co. | D.Del | 83-801 | | | 3/89 | |

*July 1985 - 1 XYZ; 5 Pending*
*July 1986 - 1 Dis / 4 Pdg.*
*July 1987 - Same*

| XYZ-7 | Phillips Petroleum v. U.S. Steel Corp., et al. | D.Del | 85-255 | *Consolidated w/A-2 (Do not count as separate)* | | | |

*July 1988 - 1 XYZ / 1 Dis / 4 Pdg.*
*July 1989 - 4 Pending*
*July 1990 - 4 Dis / Litigation closed*

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 573 -- In re Phillips Petroleum Company Patent Litigation

---

EL PASO PRODUCTS COMPANY (A-1)
Thomas F. Reddy, Jr., Esquire
Pennie & Edmonds
1155 Avenue of the Americas
New York, New York 10036

PHILLIPS PETROLEUM CO. (A-2, A-3 and A-5)
 (also a defendant in A-1 and A-4)
Harry J. Roper, Esq.
Neuman, Williams, Anderson & Olson
77 West Washington Street
Suite 2000
Chicago, Illinois 60602

SHELL OIL CO. (A-4)
HERCULES INC. and U.S. STEEL CORP. (defts)
Kenneth E. Madsen, Esq.
Kenyon & Kenyon
One Broadway
New York, New York 10004

EXXON CORP. (deft.)
Kenneth E. Madsen, Esq.
  (see above)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 573 -- In re Phillips Petroleum Company Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Phillips Petroleum Co. | A-1,4 (Pltf. in A-2,3,5) |
| United States Steel Corp. | A-2 |
| Hercules, Inc. | A-3 |
| Exxon Corp. | A-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| . | . |